David A. Cortman, AZ Bar No. 029490
Jonathan A. Scruggs, AZ Bar No. 030505
Ryan J. Tucker, AZ Bar No. 034382
Katherine L. Anderson, AZ Bar No. 033104
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 (Fax)
dcortman@adflegal.org
jscruggs@adflegal.org
rtucker@adflegal.org
kanderson@adflegal.org

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN d/b/a DOWNTOWN HOPE CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISSION, and PAMELA BASLER, Individually and in her Official Capacity as the Executive Director of the Anchorage Equal Rights Commission,<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:18-cv-00190-SLG |

## PLAINTIFF HOPE CENTER'S NOTICE OF ONGOING CASE

1

In the Joint Scheduling and Planning Conference Report (ECF No. 37), Plaintiff Hope Center notified this Court about a summons it had received in Case No. 3AN-18-9533 CI, *Mr. Samantha A. Coyle vs. Dountoun Soup Kitchen Executive Directer Sherrie Laurie*, pending in the Superior Court, Third Judicial District at Anchorage (errors in original). Joint Scheduling and Planning Conference Report, ECF No. 37. This case was filed on October 3, 2018 by the "Jessie Doe" referred to in this lawsuit.

In response to that complaint, a motion to dismiss was filed in state court based on insufficiency of process and service of process, or in the alternative, for a more definite statement. The state court denied that motion to dismiss, but issued an order requiring plaintiff to replead. An amended complaint was filed and another motion to dismiss was filed in response. Then, on June 5, 2019, the state court granted that motion to dismiss in part and also requested additional briefing about whether to dismiss the complaint in its entirety.

Hope Center does not believe that Case No. 3AN-18-9533CI is "related" as that term is defined in the local rules for the District of Alaska. While the state court in this ongoing matter clarified that Hope Center is a defendant and that the plaintiff has claimed discrimination, this state case is solely over alleged past acts. This federal lawsuit, meanwhile, seeks relief from future enforcement. Out of an abundance of caution, however, Hope Center provides notice of this other lawsuit. No common judicial assignment or consolidation is requested as the other case was filed in state court.

*Downtown Hope Center v. MOA;* 3:18-cv-00190-SLG 2

DATED: June 24, 2019.

By: s/ Ryan J. Tucker
David A. Cortman, AZ Bar No. 029490*
Jonathan A. Scruggs, AZ Bar No. 030505*
Ryan J. Tucker, AZ Bar No. 034382*
Katherine L. Anderson, AZ Bar No. 033104*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 (Fax)
dcortman@adflegal.org
jscruggs@adflegal.org
rtucker@adflegal.org
kanderson@adflegal.org

Sonja Redmond, AK Bar No. 0605022
LAW OFFICE OF SONJA REDMOND
PO Box 3529
35202 Kenai Spur Hwy.
Soldotna, Alaska 99669
(907) 262-7846
(907) 262-7872 (Fax)
sredmond@greatlandjustice.com

* admitted pro hac vice

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2019, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Ryan A. Stuart
Meagan Carmichael
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650

Sonja Redmond
LAW OFFICE OF SONJA REDMOND
PO Box 3529
35202 Kenai Spur Hwy.
Soldotna, Alaska 99669

/s/ Ryan J. Tucker
Ryan J. Tucker
*Attorney for Plaintiff*

*Downtown Hope Center v. MOA;* 3:18-cv-00190-SLG     4

Case 3:18-cv-00190-SLG   Document 93   Filed 06/24/19   Page 4 of 4