# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN,<br><br>    Plaintiff,<br><br>  v.<br><br>MUNICIPALITY OF ANCHORAGE; ANCHORAGE EQUAL RIGHTS COMMISSION; and PAMELA BASLER, individually and in her Official Capacity as the Executive Director of the Anchorage Equal Rights Commission,<br><br>    Defendants. | Case No. 3:18-cv-00190-SLG |

## TRIAL SCHEDULING ORDER

**TRIAL.** Subject to any unavoidable conflicts in the Court's calendar, a bench trial in this case is scheduled to commence on **April 6, 2020**, and is expected to take approximately **ten (10)** days. Unless otherwise ordered, trial will commence at **9:00 a.m.** each day and will adjourn for the day at approximately **4:30 p.m.**

The final pretrial conference is scheduled for **March 26, 2020 at 3:00 p.m**. *See* Local Civil Rule 39.1.

The final pretrial conference and the trial will each be held in Courtroom 3 of the James M. Fitzgerald U.S. Courthouse and Federal Building, located at 222 West 7th Avenue in Anchorage, Alaska.

**MOTIONS *IN LIMINE*.** On or before **February 24, 2020**, each party shall file motions *in limine* on any anticipated significant evidentiary issues.

**WITNESS LISTS**. On or before **March 16, 2020**, each party will file and serve a trial witness list which shall include only persons who have been previously disclosed as potential witnesses in a timely filed prior witness list. This trial witness list will disclose only those witnesses whom the party will in fact call at trial. Only those witnesses so listed will be permitted to testify at trial. Witnesses will be listed in the order in which it is expected they will be called. As to each witness so listed (even though the witness may have been deposed), the party will disclose the testimony expected to be elicited from that witness at trial. The disclosure will be specific and not general, the purpose being to avoid surprise and delay at trial and to give the opposing party an adequate basis for developing cross-examination. Expert witnesses will be identified as such and as to their area(s) of expertise, and an updated statement of each expert's qualifications will be appended to the witness list.

**DEPOSITION DESIGNATIONS.** On or before **March 16, 2020**, witnesses whose depositions will be offered in lieu of live testimony will be identified. In lieu of a statement of testimony which a party expects to elicit from such witnesses, the party will file and serve deposition designations that specify the precise pages and lines from the deposition which are proposed to be offered. Objections to such testimony, as well as any desired counter-designation of deposition testimony, will

3:18-cv-00190-SLG, *The Downtown Soup Kitchen v. Municipality of Anchorage, et al.*
Trial Scheduling Order
Page 2 of 4
Case 3:18-cv-00190-SLG   Document 100   Filed 09/09/19   Page 2 of 4

be filed and served on or before **March 23, 2020**. Objections to counter-designations will be filed and served on or before **March 26, 2020**.

Depositions which are to be used for any purpose at trial will be lodged with the Clerk's office at the time for the filing of exhibits, and the same will be ordered published as a matter of course, when and if such depositions are offered. *See* Local Civil Rules 32.1 and 39.9(b).

**EXHIBITS**. On or before **March 23, 2020**, the parties shall exchange Trial Exhibits and Trial Exhibit Lists, and confer regarding stipulations, in accordance with Local Civil Rule 39.3(b)(1).

On or before **March 30, 2020**, each party shall file and serve its Trial Exhibit List identifying by number or letter those exhibits marked for admission and those marked for identification, and briefly describing each exhibit. Each party's Trial Exhibit List shall identify stipulations as to authenticity and admissibility in accordance with Local Civil Rule 39.3(b)(2).

At the time each party files and serves its Trial Exhibit List and each deposition it anticipates using at trial, it shall also deliver a copy of each to the Clerk's office for the Court's use, in accordance with Local Civil Rule 39.3(b)(3).

**TRIAL BRIEFS.** Each party will file and serve a trial brief on or before **March 16, 2020**, in accordance with Local Civil Rule 39.2.

3:18-cv-00190-SLG, *The Downtown Soup Kitchen v. Municipality of Anchorage, et al.*
Trial Scheduling Order
Page 3 of 4
Case 3:18-cv-00190-SLG   Document 100   Filed 09/09/19   Page 3 of 4

**SETTLEMENT CONFERENCE**. A settlement conference may be conducted before another judge prior to trial, if there is a judge available, upon written request of the parties filed with the Court.

**PRIOR STIPULATIONS/ORDERS**. To the extent that stipulations of the parties and/or earlier orders of the Court require additional or more detailed filings or additional procedures, those earlier stipulations and/or orders will remain in effect. However, to the extent any such prior stipulation or order conflicts herewith, this order will control.

**FILING DATES.** The parties will prepare, serve or exchange, and file or lodge with the Court on or before the dates above specified all the documents above specified. These dates will not be subject to change by stipulation of the parties and may be changed only by order of the Court for good cause shown. *See* Rule 16(f), Federal Rules of Civil Procedure.

DATED this 9th day of September, 2019 at Anchorage, Alaska.

                                      */s/ Sharon L. Gleason*
                                      UNITED STATES DISTRICT JUDGE

3:18-cv-00190-SLG, *The Downtown Soup Kitchen v. Municipality of Anchorage, et al.*
Trial Scheduling Order
Page 4 of 4
Case 3:18-cv-00190-SLG   Document 100   Filed 09/09/19   Page 4 of 4